■ In the Matter of IROQUOIS CENTRAL SCHOOL DISTRICT, Respondent, v MICHAEL D. ZAGATA, Individually and as Commissioner of New York State Department of Environmental Conservation, Respondent, and PINE HILL CONCRETE MIX CORPORATION, Appellant. (Appeal No. 2.) [662 NYS2d 283] —Appeal unanimously dismissed without costs (*see,* CPLR 5701 [b] [1]). (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Dismiss Proceeding.) Present—Denman, P. J., Green, Doerr, Balio and Boehm, JJ.